**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20959-CIV-SMITH**

MARIA GABRIELA ROJAS-MONTES DE OCA,

Plaintiff,

v.

DIRECTOR, U.S. CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS), *et al*.,

Defendant.

_______________________________________/

## ORDER

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice [DE 10]. Upon consideration, it is hereby

**ORDERED**

1. This case is **DISMISSED WITHOUT PREJUDICE**.
2. All pending motions not otherwise ruled on are **DENIED** as moot.
3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 23rd day of October 2026.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record